411 A.2d 216

**In re ADOPTION OF C. M. J.**

**Appeal of R. M. J.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1980.

Decided Feb. 25, 1980.

Read Rocap, Jr., Media, for appellant.

Karen J. Pholeric, Media, for appellee C. M. J.

Alfred J. Mattei, Media, for appellee Child Care Services of Delaware County.

Michael A. Raffaele, Media, for adoptive parents.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Decree affirmed.

Each party to pay own costs.